

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00129-CV

**IN THE ESTATE OF** Jose Alfredo **MENDOZA**, Deceased

From the County Court at Law, Starr County, Texas
Trial Court No. PR-16-041
Honorable Romero Molina, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellants recover their costs of this appeal from appellees.

SIGNED March 4, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice